**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLY DAVIS,

                    Plaintiff,                    22 **CIVIL** 6333 (JLC)

       -against-                    **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated August 9, 2023, Davis's motion is denied, and the Commissioner's cross-motion is granted.

**Dated:**  New York, New York
         August 10, 2023

                                               **RUBY J. KRAJICK**
                                                Clerk of Court

                             **BY:**

                                            _____
                                              **Deputy Clerk**