```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KELLY DAVIS,

        Plaintiff,

   -v-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

**ORDER**

22-CV-6333 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    In light of the Second Circuit's order dated March 13, 2024, remanding this case with directions to vacate the Acting Commissioner's final decision and to remand the matter to the agency for further proceedings concerning plaintiff Kelly Davis's entitlement to benefits (Dkt. No. 23), the Court hereby vacates the Acting Commissioner's final decision and remands this case to the Social Security Administration for further proceedings concerning plaintiff's entitlement to benefits.

    The Clerk is respectfully directed to enter a revised judgment remanding this case to the Social Security Administration pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g).

    **SO ORDERED.**

Dated: New York, New York
      March 14, 2024

                                                  JAMES L. COTT
                                                United States Magistrate Judge