**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KELLY DAVIS,

                      Plaintiff,                    22 **CIVIL** 6333 (JLC)

        -v-                          **REVISED JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2024, and in light of the Second Circuit's order dated March 13, 2024, remanding this case with directions to vacate the Acting Commissioner's final decision and to remand the matter to the agency for further proceedings concerning plaintiff Kelly Davis's entitlement to benefits (Dkt. No. 23), the Court has hereby vacated the Acting Commissioner's final decision and remands this case to the Social Security Administration for further proceedings concerning plaintiff's entitlement to benefits. A revised judgment is entered remanding this case to the Social Security Administration pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:**  New York, New York
           March 14, 2024

                                                       **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                              **BY:**     *K. Mango*
                                                          **Deputy Clerk**